# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANCHOR WALL SYSTEMS, INC., | Civil No. 99-1356 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| ROCKWOOD RETAINING WALLS, INC., GLS INDUSTRIES, INC., EQUIPMENT, INC., RAYMOND R. PRICE and GERALD P. PRICE, | |
| Defendants. | |

Alan G. Carlson, Dennis C. Bremer, and Joseph W. Winkels, **CARLSON CASPERS VANDENBURGH & LINDQUIST**, 225 South Sixth Street, Suite 3200, Minneapolis, MN 55402; Douglas A. Strawbridge, **ANCHOR WALL SYSTEMS, INC.**, 5959 Baker Road, Suite 390, Minnetonka, MN 55345; for plaintiff.

Michael E. Florey and Jonathan E. Singer, **FISH & RICHARDSON PC**, 60 South Sixth Street, Suite 3300, Minneapolis, MN 55402; Michael F. McGrath, **RAVICH MEYER KIRKMAN MCGRATH & NAUMAN**, 80 South Eighth Street, Suite 4545, Minneapolis, MN 55402; Casey A. Kniser, Eric H. Chadwick, Scott G. Ulbrich, and Randall T. Skaar, **PATTERSON THUENTE SKAAR & CHRISTENSEN, PA**, 80 South Eighth Street, Suite 4800, Minneapolis, MN 55402-2100; Malcolm L. Moore, **MOORE HANSON & SUMNER**, 225 South Sixth Street, Suite 4850, Minneapolis, MN 55402-4612; for defendants.

Pursuant to Federal Rule of Civil Procedure 60(a), the Court amends its Order dated April 22, 2008 [Docket Nol. 729]. The Court adds language to paragraphs 1(a) and 1(b) of the ordering section clarifying the range of individuals and enterprises to which the injunction applies, clarifying that the injunction applies to products no more than

- 2 -

colorably different from those specifically listed, and clarifying that the injunction prohibits inducement.  In all other respects, the Order is unchanged.  A corrected version of the Order is attached.


DATED:   April 25, 2008                     s/ John R. Tunheim\_
at Minneapolis, Minnesota.                     JOHN R. TUNHEIM
                                                United States District Judge